UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

RAZOR & TIE DIRECT, LLC and KIDZ BOP, LLC,   CIVIL ACTION NO. 08 Civ. 8600(GEL)

           Plaintiffs,

      v.

LIME WIRE LLC, LIME GROUP LLC, MARK GORTON, GREG BILDSON, and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP

           Defendants.
------------------------------------------------------X

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE THAT upon the Declaration of Sharon H. Stern, dated July 24, 2009, with exhibits, in support of Plaintiffs' motion, the pleadings and prior proceedings herein, and the memorandum of law in support of Plaintiffs' motion, the undersigned will hereby move before Judge Gerard E. Lynch, U.S.D.J., in Courtroom 6B, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order (i) pursuant to Fed. R. Civ. P. 42(a) consolidating this case, for all purposes, with <u>Arista Records LLC v. Lime Wire LLC,</u> , Civil Action No. 06 Civ. 5936 (the "Arista Action"); (ii) in the alternative, staying the case herein until sixty (60) days after the resolution of the dispositive summary judgment motions pending in <u>Arista Records LLC v. Lime Wire LLC</u>, Civil Action No. 06 Civ. 5936; (iii) adjourning Razor & Tie's deadline for the submission of its expert reports (which currently are due on August 1, 2009), and all other deadlines, pending the Court's determination of this motion, as well as granting alternative relief adjourning Razor & Tie's deadline for the submission of its expert reports for sixty (60) days after disposition of this motion, and similarly adjourn all other deadlines; and (iv) for such other and further relief as the Court deems proper.

Pursuant to Local Civ. R. 6.1(b), all opposing affidavits, if any, and answering memoranda shall be served within ten business days after service of these moving papers; and all reply affidavits, if any, and memoranda of law shall be served within five business days after service of the answering papers.

Plaintiffs hereby request oral argument on their motion pursuant to Local Rule 6.1(c).

Dated: July 24, 2009
New York, New York

                                      Troutman Sanders LLP

                                      By: _____
                                        Sharon H. Stern
                                        Christina H. Bost Seaton
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        (212) 704-6000
                                        (212) 704-6288

To:    Charles S. Baker
        Fulbright & Jaworski LLP
        Fulbright Tower
        1301 McKinney
        Suite 5100
        Houston, TX 77010