```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
RAZOR & TIE DIRECT, LLC and KIDZ BOP, LLC                         :
                                                                  :
                               Plaintiffs,                        :
                                                                  :    08 Civ. 8600 (GEL)
              -v.-                                                :
                                                                  :    ORDER
LIME GROUP LLC; LIME WIRE LLC; MARK                               :
GORTON; GREG BILDSON; M.J.G. LIME WIRE                            :
FAMILY LIMITED PARTNERSHIP,                                       :
                                                                  :
                               Defendants.                        :
                                                                  :
------------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09

GERARD E. LYNCH, District Judge:

   Plaintiffs' application made by July 24, 2009, letter, to adjourn the deadline for the submission of expert reports, as well as all other discovery deadlines that were established by the July 2, 2009, amended case management plan, is denied. Both the extension of discovery and the specific dates by which the parties would submit expert reports have already been contested by the parties and resolved by this Court in a June 4, 2009, order and a June 5, 2009, subsequent conference.

   Plaintiffs' motion to consolidate this action with Arista Records et al. v. Limewire, No. 06 Civ. 5936, or in the alternative to stay the instant proceeding until 60 days after the disposition of the cross-motions for summary judgment in Arista Records is also denied, without prejudice to renewal after the close of discovery in this case, currently scheduled for October 14, 2009.

   The Clerk is respectfully directed to close plaintiff's motion (Dkt. # 23).

SO ORDERED.

Dated: New York, New York
       July 28, 2009

_____
GERARD E. LYNCH
United States District Judge