UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

RAZOR & TIE DIRECT, LLC and KIDZ BOP, LLC,   CIVIL ACTION NO. 08 Civ. 8600(GEL)

        Plaintiffs,

v.

LIME WIRE LLC, LIME GROUP LLC, MARK GORTON, GREG BILDSON, and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP

        Defendants.
------------------------------------------------------X

**STIPULATION TO DISMISS WITHOUT PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

**IT IS HEREBY STIPULATED** by and between the undersigned attorneys for the parties listed below that this action is dismissed, without prejudice, with each party to bear its own costs.

DATED: September 17, 2009

FULBRIGHT & JAWORSKI LLP

By: _Charles S. Baker_ (Chbs)
Charles S. Baker (*pro hac vice*)
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-8396
Attorneys for Defendants

TROUTMAN SANDERS LLP

By: _____
Sharon H. Stern
Christina H. Bost Seaton
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
Attorneys for Plaintiffs

SO ORDERED:

DATED: Sept. 23, 2009

_____
Hon. Gerard E. Lynch